KNOX, LEMMON & ANAPOLSKY, LLP
THOMAS S. KNOX (SBN 073384)
STEPHEN J. BYERS (SBN 245607)
300 Capitol Mall, Suite 1125
Sacramento, CA 95814
Telephone: (916) 498-9911
Facsimile: (916) 498-9991

Attorneys for Defendants MICHAEL J. MacFARLAND,
and THE PUBLIC GROUP, a Utah limited liability
company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE L. BAILEY<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. MacFARLAND,<br>and THE PUBLIC GROUP, a Utah<br>Limited Liability Company; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-01725-TLN-AC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE AMENDED COMPLAINT**<br><br>Date action filed:   August 13, 2015<br>Trial Date:             TBA |

### STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE AMENDED COMPLAINT

On May 9, 2016, the Court issued its Order Granting Motion to Dismiss with Leave to Amend. (Docket No. 14.)

On May 9, 2016, the Court also issued its Minute Order which states, in relevant part, that "Plaintiff is hereby granted thirty (30) days from the entry of this order to file an Amended Complaint.

Defendants Answer shall be due within twenty-one (21) days of the filing of the Amended Complaint." (Docket No. 15.)

On June 8, 2016, Plaintiff filed her Amended Complaint. (Docket No. 16.)

The Eastern District's Local Rule 144(a) provides, in relevant part, that all extensions of time (beyond an initial stipulation extending time to respond to the complaint) "must be approved by the Court."

Pursuant to Local Rule 144(a), the parties, by and through their attorneys of record, hereby stipulate that the deadline for Defendants MICHAEL J. MACFARLAND and THE PUBLIC GROUP, LLC, a Utah limited liability company, to file their response to the Amended Complaint whether by means of an Answer, a Motion under Rule 12 of the Federal Rules of Civil Procedure or other appropriate motion, will be extended from June 29, 2016 until and including July 22, 2016.

Dated: June 21, 2016                KNOX, LEMMON & ANAPOLSKY, LLP

By: /s/

STEPHEN J. BYERS, Attorneys for
MICHAEL J. MACFARLAND and THE PUBLIC
GROUP, LLC


Dated: June 21, 2016                CAROLE M. POPE, a Professional Corporation
By: /s/  (as authorized on 6/21/16)
CAROLE M. POPE, Attorney for
CHRISTINE L. BAILEY

---

2
**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS
TO RESPOND TO THE AMENDED COMPLAINT**

## ORDER

Having reviewed the parties' Stipulation Extending Time for Defendants to Respond to the Amended Complaint, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendants to file their response to the Amended Complaint whether by means of an Answer, a Motion under Rule 12 of the Federal Rules of Civil Procedure or other appropriate motion, will be extended from June 29, 2016 until and including July 22, 2016.

**IT IS SO ORDERED:**

Dated: June 24, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Troy L. Nunley
United States District Judge