KNOX, LEMMON & ANAPOLSKY, LLP
THOMAS S. KNOX (SBN 073384)
STEPHEN J. BYERS (SBN 245607)
300 Capitol Mall, Suite 1125
Sacramento, CA 95814
Telephone: (916) 498-9911
Facsimile: (916) 498-9991

Attorneys for Defendants MICHAEL J. MacFARLAND,
and THE PUBLIC GROUP, a Utah limited liability
company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE L. BAILEY<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. MacFARLAND,<br>and THE PUBLIC GROUP, a Utah<br>Limited Liability Company; and DOES 1-<br>20, inclusive,<br><br>    Defendants. | CASE NO. 2:15-cv-01725-TLN-AC<br><br>**STIPULATION AND ORDER<br>EXTENDING TIME FOR DEFENDANTS TO<br>FILE ANSWERS AND COUNTERCLAIMS**<br><br><br>Date action filed:   August 13, 2015<br>Trial Date:          TBA |

### STIPULATION EXTENDING TIME FOR DEFENDANTS
### TO FILE ANSWERS AND COUNTERCLAIMS

On May 9, 2016, the Court issued its Order Granting Motion to Dismiss with Leave to Amend. (Docket No. 14.)

On May 9, 2016, the Court also issued its Minute Order which states, in relevant part, that "Plaintiff is hereby granted thirty (30) days from the entry of this order to file an Amended Complaint.

---

1
**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS
TO FILE ANSWERS AND COUNTERCLAIMS**

Defendants Answer shall be due within twenty-one (21) days of the filing of the Amended Complaint." (Docket No. 15.)

On June 8, 2016, Plaintiff filed her Amended Complaint. (Docket No. 16.)

On June 28, 2016, the Court issued its Order extending "the deadline for Defendants to file their response to the Amended Complaint whether by means of an Answer, a Motion under Rule 12 of the Federal Rules of Civil Procedure or other appropriate motion . . . from June 29, 2016 until and including July 22, 2016." (Docket No. 18.)

As permitted by the Court's Order entered as Docket No. 18, Defendant MICHAEL J. MACFARLAND will file a motion to dismiss the Amended Complaint. That motion will be filed by Defendant MACFARLAND no later than July 22, 2016. The parties have agreed that Defendants will not be obligated to file their Answers and Counterclaims in relation to the Amended Complaint until after the Court issues its Order deciding the motion to dismiss the Amended Complaint to be filed by Defendant MACFARLAND.

Accordingly, the parties, by and through their attorneys of record, hereby stipulate that Defendants MICHAEL J. MACFARLAND and THE PUBLIC GROUP, LLC, a Utah limited liability company, are not obligated to file their Answers and Counterclaims in relation to the Amended

//
//
//
//
//
//
//

Complaint until after the Court issues its Order deciding the motion to dismiss the Amended Complaint to be filed by Defendant MACFARLAND.  That motion will be filed by Defendant MACFARLAND no later than July 22, 2016.

Dated:  July 12, 2016                    KNOX, LEMMON & ANAPOLSKY, LLP


By:  /s/

STEPHEN J. BYERS, Attorneys for
MICHAEL J. MACFARLAND and THE PUBLIC GROUP, LLC


Dated:  July 12, 2016                    CAROLE M. POPE, a Professional Corporation
By:  /s/  (as authorized on 7/12/16)
CAROLE M. POPE, Attorney for
CHRISTINE L. BAILEY

**ORDER**

Having reviewed the parties' Stipulation Extending Time for Defendants to File Answers and Counterclaims, and good cause appearing, IT IS HEREBY ORDERED that Defendants MICHAEL J. MACFARLAND and THE PUBLIC GROUP, LLC, a Utah limited liability company, are not obligated to file their Answers and Counterclaims in relation to the Amended Complaint until after the Court issues its Order deciding the motion to dismiss the Amended Complaint to be filed by Defendant MACFARLAND.  That motion will be filed by Defendant MACFARLAND no later than July 22, 2016.

**IT IS SO ORDERED:**

Dated: July 13, 2016

Troy L. Nunley
United States District Judge

KNOX, LEMMON & ANAPOLSKY, LLP
300 CAPITOL MALL, SUITE 1125, SACRAMENTO, CA 95814
TELE: (916) 498-9911   FAX: (916) 498-9991