KNOX, LEMMON & ANAPOLSKY, LLP
THOMAS S. KNOX (SBN 073384)
2339 Gold Meadow Way, Suite 205
Gold River, CA 95670
Telephone: (916) 498-9911
Facsimile: (916) 498-9991

Attorneys for Defendant
THE PUBLIC GROUP, LLC,
a Utah limited liability company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE L. BAILEY<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. MacFARLAND,<br>and THE PUBLIC GROUP, a Utah<br>Limited Liability Company; and DOES 1-20, inclusive,<br><br>    Defendants. | CASE NO. 2:15-CV-01725-TLN-DB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO REPLY TO THE OPPOSITIONS TO THE MOTIONS TO DISMISS**<br><br>Date action filed: August 13, 2015<br>Trial Date: TBA |

**STIPULATION EXTENDING TIME FOR DEFENDANT
TO REPLY TO THE OPPOSITIONS TO THE MOTIONS TO DISMISS**

Pursuant to Federal Rules of Civil Procedure, Rule 6, and Local Rule 144, Plaintiff CHRISTINE L. BAILEY ("Plaintiff") and Defendant THE PUBLIC GROUP, LLC, a Utah limited liability company ("Defendant"), by and through their attorneys of record, hereby stipulate that:

1. On August 31, 2018, the Court issued its Order Granting Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction with Leave to Amend (Docket No. 36.);

2. On September 27, 2018, Plaintiff filed its Second Amended Complaint and Demand for Jury Trial (Docket No. 37.);

3. On October 8, 2018, Defendant filed its Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket No. 38.);

4. On October 11, 2018, Defendant filed its Motion to Dismiss Second, Fifth, Seventh & Tenth Claims for Relief from Second Amended Complaint (Docket No. 39.);

5. On November 21, 2018, Plaintiff filed its Opposition to Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket No. 40.);

6. On November 21, 2018, Plaintiff also filed its Motion to Substitute Deceased Party (Docket No. 41.);

7. On November 21, 2018, Plaintiff also filed its Memorandum of Points and Authorities in Support of Plaintiff's Motion to Substitute Deceased Party (Docket No. 42.);

8. On November 21, 2018, Plaintiff also filed its Opposition to Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket No. 43.);

9. Plaintiff's Opposition to Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket No. 43.) was inadvertently miscaptioned and intended to be Plaintiff's Opposition to Motion to Dismiss the Second, Fifth, Seventh and Tenth Causes of Action;

10. Plaintiff will file an Erratum to the Opposition to Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket No. 43.) to correct the caption;

11. The deadline for Defendant to file its Reply to the Opposition to Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket No. 40.) will be extended from November 29, 2018 until and including December 27, 2018;

12. The deadline for Defendant to file its Reply to the Opposition to Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket No. 43.) will be extended from November 29, 2018 until and including December 27, 2018;

KNOX, LEMMON & ANAPOLSKY, LLP
2339 GOLD MEADOW WAY, SUITE 205, GOLD RIVER, CA 95670
TELE: (916) 498-9911  FAX: (916) 498-9991

13. The hearing date for Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket No. 38.) will be extended from December 6, 2018 at 2:00 p.m. until January 10, 2019 at 2:00 p.m., to be heard concurrently with Plaintiff's Motion to Substitute Deceased Party;

14. The hearing date for Defendant's Motion to Dismiss Second, Fifth, Seventh & Tenth Claims for Relief from Second Amended Complaint (Docket No. 39.) will be extended from December 6, 2018 at 2:00 p.m. until January 10, 2019 at 2:00 p.m., to be heard concurrently with Plaintiff's Motion to Substitute Deceased Party;

15. The need for these extensions became apparent to counsel for Plaintiff and Defendant during a telephone conference on November 26, 2018;

16. This is the first such extension of time for Defendant to reply to Docket Nos. 40 and 43; and

17. This is the first such extension of time for the hearing date for Docket Nos. 38 and 39.

Respectfully submitted,

Dated:  November 27, 2018         KNOX, LEMMON & ANAPOLSKY, LLP

By:  __/s/ Thomas S. Knox_____
THOMAS S. KNOX, Attorneys for
THE PUBLIC GROUP, LLC

Dated:  November 27, 2018         CAROLE M. POPE, a Professional Corporation

By:  __/s/ Carole M. Pope_____
CAROLE M. POPE, Attorney for
CHRISTINE L. BAILEY

## **ORDER**

Having reviewed the parties' Stipulation Extending Time for Defendant to Reply to the Oppositions to the Motions to Dismiss, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendants to file their replies to the Oppositions to the Motions to Dismiss (Docket Nos.

KNOX, LEMMON & ANAPOLSKY, LLP
2339 GOLD MEADOW WAY, SUITE 205, GOLD RIVER, CA 95670
TELE: (916) 498-9911  FAX: (916) 498-9991

40 and 43.) whether by means of an Answer, a Motion under Rule 12 of the Federal Rules of Civil Procedure or other appropriate motion, will be extended from November 29, 2018 until and including December 27, 2018.

IT IS FURTHER ORDERED that the hearing date for Defendant's Motions to Dismiss (Docket Nos. 38 and 39.) will be continued to January 10, 2019 at 2:00 p.m. from December 6, 2018 at 2:00 p.m., to be heard concurrently with Plaintiff's Motion to Substitute Deceased Party (Docket No. 41.).

Dated: November 28, 2018

_____
Troy L. Nunley
United States District Judge